In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-01-483 CR


____________________



JAMES MICHAEL MCNEAL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 84309






MEMORANDUM OPINION


 James Michael McNeal pleaded guilty to the offense of theft of property of a value
of $1,500 or more but less than $20,000. See Tex. Pen. Code Ann. § 31.03(a),(e)(4)
(Vernon Supp. 2002). Prior sequenced felony convictions elevated the punishment range
to that of a second degree felony. See Tex. Pen. Code Ann. § 12.42(a)(2) (Vernon Supp.
2002). Following a plea bargain agreement between McNeal and the State, the trial court
sentenced McNeal to four years of confinement in the Texas Department of Criminal
Justice, Institutional Division. 

 Appellate counsel filed a brief that concludes no arguable error is presented in this
appeal. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),
and High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). On May 2, 2002, McNeal
was given an extension of time in which to file a pro se brief. We received no response
from the appellant. Because the appeal involves the application of well-settled principles
of law, we deliver this memorandum opinion. See Tex. R. App. P. 47.1.

 The general notice of appeal filed by McNeal failed to invoke our appellate
jurisdiction. White v. State, 61 S.W.3d 424, 428-29 (Tex. Crim. App. 2001); Cooper v.
State, 45 S.W.3d 77, 78 (Tex. Crim. App. 2001). (1) 

 We have reviewed the clerk's record and the reporter's record, and find no arguable
error requiring us to order appointment of new counsel. Compare Stafford v. State, 813
S.W.2d 503, 511 (Tex. Crim. App. 1991). McNeal raises no points of error over which
we have jurisdiction. Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM


Submitted on September 12, 2002

Opinion Delivered September 18, 2002

Do Not Publish


Before Walker, C.J., Burgess and Gaultney, JJ.
1. The notice of appeal must specify that the appeal is for a jurisdictional defect,
specify that the substance of the appeal was raised by written motion and ruled on before
trial, or state the trial court granted permission to appeal. Tex. R. App. P. 25.2(b)(3).